Argued and submitted December 5, 2007, affirmed March 26, 2008

FARMERS INSURANCE COMPANY
OF OREGON,
*Plaintiff-Appellant,*

*v.*

Jennifer CHAN
and James P. Dwyer,
*Defendants-Respondents.*

Washington County Circuit Court
C051687CV; A132921

182 P3d 865

Margaret H. Leek Leiberan argued the cause for appellant. With her on the opening brief was Mason & Associates. On the reply brief were Mason & Associates and Craig O. West.

Kathryn M. Pratt argued the cause and filed the brief for respondents.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

**PER CURIAM**

This case is procedurally and substantively identical in all material respects to *Mid-Century Ins. Co. v. Turner*, 219 Or App 44, 182 P3d 855 (2008). That is, after its insured settled with the tortfeasor's insurance carrier for the limits of the tortfeasor's policy, plaintiff Farmers Insurance Company initiated an action against its insured to recover personal injury protection (PIP) benefits that it had paid out pursuant to its insured's policy. In that action, plaintiff did not invoke any of the statutory methods prescribed for recovery of PIP payments but, instead, alleged claims for breach of contract, money had and received, breach of settlement agreement, and breach of fiduciary duty. Because the pleadings and legal theories are the same in both cases, we reject plaintiff's arguments on appeal in the present case for the reasons explained in *Mid-Century Ins. Co.*

Affirmed.